LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, Esq. (SBN 69888)
K. CHIKE ODIWE, Esq. (SBN 315109)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA`

| | |
|---|---|
| KEITH KELLY, | CASE NO.: 2:21-cv-01324-JAM-KJN |
| Plaintiff, | STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES |
| vs. | |
| CITY OF SACRAMENTO, a municipal corporation; ARIAN TERMAN, individually and in his official capacity as a Police Officer for the CITY OF SACRAMENTO; DARBY LANNOM, individually and in his official capacity as a Police Officer for the CITY OF SACRAMENTO; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Sacramento Police Department, | |
| Defendants. | |

**WHEREAS** on July 28, 2021, Plaintiff filed his Complaint for damages against the City of Sacramento ("Defendants"). At the time of the filing, Plaintiff did not know the identity of the K9 handler involved in the incident.

Stipulation and Order - 1

**WHEREAS** Plaintiff eventually discovered that Arian Terman and T. Darby Lannom of the Sacramento Police Department were responsible for the deployment and supervision of said deployment.

**WHEREAS** on November 22, 2021, Defendants filed a Motion to Dismiss, seeking to dismiss Plaintiff's *Monell*, *First Amendment*, *Denial of Medical,* Care claims.

**WHEREAS** Plaintiff is amendable to the dismissal of his *Monell*, *First Amendment*, *Denial of Medical Care* claims.

**WHEREAS** Plaintiff seeks to file his Second Amended Complaint for Damages, which names the appropriate Defendants to the appropriate causes of action.

**WHEREAS** a copy of Plaintiff's proposed Second Amended Complaint for Damages is attached hereto as **Exhibit "A."**

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file his Second Amended Complaint for Damages, a copy of which is attached hereto as **Exhibit "A."**

2. Defendant's responsive pleading shall be due twenty-one (30) days after the Second Amended Complaint for Damages is served.

**Law Offices of John L. Burris**

Dated:  March 25, 2022

 /s/*Kenneth Chike Odiwe*
 John L. Burris
 Kenneth Chike Odiwe
 Attorneys for Plaintiff

Dated: March 25, 2022

 /s Ricardo Baca
 **Ricardo Baca**
 **DGR**

# ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice:

1. Plaintiff shall be granted leave to amend to file his Second Amended Complaint for Damages, a copy of which has been attached as **Exhibit "A."**

2. Defendant's responsive pleading shall be due thirty (30) days after the Second Amended Complaint for Damages is served.

IT IS SO ORDERED.

Dated:  March 30, 2022        /s/ John A. Mendez
        THE HONORABLE JOHN A. MENDEZ
        UNITED STATES DISTRICT COURT JUDGE