Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Ricardo Baca, Esq. (SBN 319497)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail: mdean@deangazzo.com
          rbaca@deangazzo.com

Attorneys for Defendants
City of Sacramento (erroneously also named "Sacramento Police Department"), Darby Lannom, and Arian Terman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH KELLY,<br><br>           Plaintiff,<br><br>      v.<br><br>CITY OF SACRAMENTO, a municipal corporation; UNIDENTIFIED Sacramento POLICE DEPARTMENT OFFICERS, Sacramento Police Department; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Sacramento Police Department,<br><br>           Defendants. | Case No.:   2:21-CV-1324-KJN<br><br>**ORDER RE JOINT STIPULATION TO STAY CIVIL ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS**<br><br>Courtroom: 6<br>Judge:        Hon. Judge John A. Mendez<br>Magistrate: Kendall J. Newman<br><br>Complaint Filed:    July 28, 2021<br>Trial Date:             None set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

For good cause shown, IT IS HEREBY ORDERED that the joint stipulation filed by plaintiff Keith Kelly, by and through his counsel of record, and defendant City of Sacramento, Darby Lannom and Arian Terman, by and through their counsel of record, is granted.

**IT IS SO ORDERED.**

Dated:  July 20, 2022                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE