# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

KEITH KELLY,

    Plaintiff,

v.

CITY OF SACRAMENTO, a municipal corporation; UNIDENTIFIED Sacramento POLICE DEPARTMENT OFFICERS, Sacramento Police Department; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Sacramento Police Department,

    Defendants.

Case No.: 2:21-cv-01324-JAM-KJN

**ORDER GRANTING JOINT MOTION FOR DISMISSAL**

Courtroom: 6
Judge: Hon. Judge John A. Mendez
Magistrate: Kendall J. Newman

Complaint Filed: July 28, 2021
Trial Date: None set

AFTER HAVING REVIEWED THE PARTIES' PAPERS:

The Court hereby grants plaintiff Keith Kelly's and defendants City of Sacramento, Darby Lannom, and Arian Terman (collectively "Defendants") Joint Motion to Dismissal as it relates to the entire lawsuit. The parties request that this matter be dismissed in its entirety with prejudice is GRANTED. This Order is filed concurrently with the parties Joint Motion for Dismissal.

///

///

1  IT IS SO ORDERED THAT THIS LAWSUIT BE DISMISSED WITH PREJUDICE AS TO ALL DEFENDANTS AND AS TO EACH CAUSE OF ACTION WITHIN PLAINTIFF'S OPERATIVE COMPLAINT.

Dated:  February 1, 2023      /s/ John A. Mendez
　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE